JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS H. CHUN and SYLVIA CHUN MANTESH,<br><br>　　　　Defendants. | Case No. 2:24-cv-01945-ODW (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order on Stipulation for Distribution of Funds and Interpleader Relief, (ECF No. 25), it is therefore **ORDERED, ADJUDGED, and DECREED** that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

August 8, 2024

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**